# United States Court of Appeals
## For the First Circuit

No. 05-1259

ALLIANCE OF AUTOMOBILE MANUFACTURERS,
Plaintiff, Appellant,

v.

DAN A. GWADOSKY, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF STATE OF THE STATE OF MAINE, AND G. STEVEN ROWE, IN
HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MAINE,
Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on November 18, 2005 is corrected as follows:

On page 16, line 16, add "(plurality opinion)" after "(1981)"

On page 16, line 17, change "Court's" to "plurality's"